OLIVERAS v. EL REGISTRADOR DE LA PROPIEDAD.

RECURSO gubernativo contra nota del Registrador de la Propiedad de Arecibo.

No. 10.—Resuelto en junio 27, 1907.

CONTRIBUCIONES—REDENCIÓN DE LA PROPIEDAD VENDIDA EN PÚBLICA SUBASTA.— Las disposiciones de la Ley de marzo 14, 1907, que enmendaron las del artículo 348 del Código Político, en el' sentido de extender á 180 días el plazo de 90 que dicho artículo concedía para redimir la finca ó inmueble vendido para el pago de contribuciones no pueden tener efecto retroactivo y ser aplicables á

un caso en que la venta del inmueble hubiera tenido lugar antes de empezar á regir dicha ley, pues de lo contrario, se privaría al comprador de los derechos adquiridos al amparo de la antigua legislación.

Los hechos están expresados en la opinión.

EL JUEZ PRESIDENTE SR. QUIÑONES, emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por Don Francisco Oliveras Parodi como liquidador de "Morales y Ca." contra nota del Registrador de la Propiedad de Arecibo, denegatoria de admisión de depósito y otras operaciones para redención de una finca rematada en pública subasta por Don Alberto Gandía Córdova.

*Resultando:* Que rematada en pública subasta por Don Alberto Gandía Córdova una finca rústica de 64 cuerdas de terreno, radicada en el barrio de Hato Viejo, del término municipal de Arecibo, que había sido embargada á Don Tomás Morales por el colector de rentas internas de Manatí, para el pago de contribuciones atrasadas, é inscrita dicha finca en el Registro de la Propiedad de aquel partido á favor del comprador Don Alberto Gandía Córdova por haber vencido el término de 90 días que, con arreglo al artículo 348 del Código Político, tenía el deudor para redimir la finca rematada, se presentó en tal estado al Registrador de la Propiedad de Arecibo, Don Francisco Oliveras Parodi, como liquidador de "Morales y Ca.," dueños que decían ser de la finca de que se trata, por compra á su dueño anterior Don Tomás Morales, según escritura pública no inscrita, con la pretensión de que se le expidiese certificado de redención de la expresada propiedad, previa la consignación en el registro de la cantidad pagada por el comprador con sus intereses y las costas, á tenor del derecho que decía concederle la Ley de 14 de marzo último, á lo que se negó el registrador, después de consultar el caso con el Honorable Attorney General, por los motivos que expresa la siguiente nota:

"De conformidad con la opinión del Honorable Attorney General de Puerto Rico consignada en la precedente carta oficial, no há lugar

á admitir la consignación de las cantidades ofrecidas por Don Francisco Oliveras, en nombre de la sociedad Morales y Ca., ni á practicar operación alguna en este registro con relación á la finca rematada en subasta pública y registrada á favor de Don Julio Gandía Córdova, por no haberse presentado el certificado debidamente autorizado ó una orden del tribunal competente, según se expresa en la citada carta oficial.—Arecibo, abril 25, 1907.''

*Resultando:* Que contra esta resolución del registrador ha interpuesto en tiempo Don Francisco Oliveras Parodi el presente recurso gubernativo para la resolución de este tribunal que estime más justa.

*Considerando*: Que habiendo quedado irrevocable la venta hecha á favor de Don Alberto Gandía Córdova por haber transcurrido los 90 días que fijaba el artículo 348 del Código Político como término para verificar la redención, por cuyo motivo fué inscrito el certificado de venta en favor del rematista y después en favor de su cesionario Don Julio Gandía Córdova, á tenor de lo prescrito por el artículo 351 del mismo Código Político, las prescripciones· de la nueva Ley de 14 de marzo último por la que se enmendó el artículo 348 del citado Código Político y se establece en la sección 12 de la misma,''que el dueño de cualesquiera bienes inmuebles, que se hubieren vendido hasta ahora ó que en lo sucesivo se vendieren para el pago de contribuciones, sus herederos ó cesionarios, ó cualquiera persona que tuviere algún derecho ó intereses en los mismos, podrá redimirlos dentro de los ciento ochenta días de la emisión del certificado de compra, pagando al comprador, herederos ó cesionarios, la cantidad total del valor de la compra, con intereses anual á razón de doce por ciento, junto con todas las costas devengadas y contribuciones vencidas,'' no pueden tener efecto retroactivo para privar al comprador Don Alberto Gandía Córdova y sus sucesores de sus derechos adquiridos al amparo de la legislación anterior, con arreglo á los principios universales que rigen en la materia y que han sido reconocidos por el artículo 3°. del vigente Código Civil.

*Considerando:* Que en este concepto, el recurrente Don Francisco Oliveras Parodi, que funda su derecho en la citada Ley de 14 de marzo último para pretender redimir la finca adquirida ya irrevocablemente por los hermanos Gandía Córdova, no puede ejercitar contra éstos acción alguna para obligarlos á recibir el precio del remate con sus intereses y las costas, á menos que á ello se presten voluntariamente ó que á ello fueran compelidos por un decreto ó sentencia dictados por un juez ó tribunal competente.

*Vistas* las disposiciones legales citadas.

*Se confirma* la nota del Registrador de la Propiedad de Arecibo que declaró no haber lugar á admitir la consignación y lo demás pretendido por Don Francisco Oliveras Parodi, como liquidador de "Morales y Ca.," y con devolución de los documentos presentados, remítase al Registrador copia certificada de la presente resolución para su conocimiento y demás efectos que procedan con arreglo á derecho.

*Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras, MacLeary y Wolf.